No. 190. DAVID *v.* HUBBARD, TRUSTEE IN BANKRUPTCY; and

No. 191. SAME *v.* SAME. See *ante,* p. 514.

No. 388. BROWN ET AL. *v.* CALIFORNIA. See *ante,* p. 515.

No. 72. SECOND NATIONAL BANK *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Theodore B. Benson* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Mr. Joseph H. Sheppard* for the United States.

No. 74. COLGATE *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. George A. King, Louis Titus,* and *C. Bascom Slemp* for petitioner. *Solicitor General Hughes* and *Assistant Attorney General Galloway* for the United States. See *ante,* p. 43.

No. 76. DAMPSKIBSSELSKABET NORDEN *v.* UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Mr. Charles R. Hickox* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Mr. J. Frank Staley* for the United States.